# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re the Application of NATALIA POTANINA

For an Order to Take Discovery Pursuant to 28 U.S.C. § 1782(a)

Misc. Action No. 14 Misc. 31

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE: 2/4/2014

[PROPOSED] ORDER TO TAKE DISCOVERY UNDER 28 U.S.C. § 1782

An Application having been made *ex parte* by Natalia Potanina for an Order to take discovery pursuant to 28 U.S.C. § 1782(a) from: Altpoint Capital Partners, LLC; Stone Tower Capital LLC; Apollo Global Management LLC; Guerman Aliev; Brett Pertuz; Anish Sheth; and Derek Pease (the "Discovery Respondents") for potential use in a divorce action filed by her husband in Presnensky District Magistrate Court in Moscow, Russia, and this Court having read the accompanying Declarations of Mrs. Potanina, of Russian Counsel Larisa Ryabchenko, and of Karl Geercken, in support of such Application, and it appearing to the Court in this *ex parte* proceeding that Mrs. Potanina's Application meets the requirements of 28 U.S.C. § 1782(a) and that the factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices*, 542 U.S. 241 (2004), favor the Applicant, it is hereby

ORDERED that Mrs. Potanina is authorized, pursuant to 28 U.S.C. § 1782, to seek discovery from the Discovery Respondents pursuant to the Federal Rules of Civil Procedure by

issuing and serving subpoenas *ad testificandum* and *duces tecum* on said Discovery Respondents in the form attached to the Declaration of Karl Geercken, and it is further

ORDERED that if any of the respondents wishes to object to this order or to the subpoenas issued thereunder, or to any parts thereof, an appropriate motion to vacate the Order and to quash all or any part of each subpoena must be served on Mrs. Potanina's attorneys and filed with ~~this Court~~ the Part I Judge of this Court within 14 days after service of a subpoena on such respondent.

Entered this 3 day of February, 2014.

_____
United States District Judge

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

In Re the Application of NATALIA POTANINA

For an Order to Take Discovery Pursuant

to 28 U.S.C. § 1782(a)

Misc. Action No. _____

MISC14 627

VITALIANO, J.

## [PROPOSED] ORDER TO TAKE DISCOVERY UNDER 28 U.S.C. § 1782

An Application having been made *ex parte* by Natalia Potanina for an Order to take discovery pursuant to 28 U.S.C. § 1782(a) from: Prabhkirat (Yuki) Narula and Eric Chan (the "Discovery Respondents") for potential use in a divorce action filed by her husband in Presnensky District Magistrate Court in Moscow, Russia, and this Court having read the accompanying Declarations of Mrs. Potanina, of Russian Counsel Larisa Ryabchenko, and of Karl Geercken, in support of such Application, and it appearing to the Court in this *ex parte* proceeding that Mrs. Potanina's Application meets the requirements of 28 U.S.C. § 1782(a) and that the factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices*, 542 U.S. 241 (2004), favor the Applicant, it is hereby

ORDERED that Mrs. Potanina is authorized, pursuant to 28 U.S.C. § 1782, to seek discovery from the Discovery Respondents pursuant to the Federal Rules of Civil Procedure by issuing and serving subpoenas *ad testificandum* and *duces tecum* on said Discovery Respondents in the form attached to the Declaration of Karl Geercken, and it is further

ORDERED that if any of the respondents wishes to object to this order or to the subpoenas issued thereunder, or to any parts thereof, an appropriate motion to vacate the Order and to quash all or any part of each subpoena must be served on Mrs. Potanina's attorneys and filed with this Court within 14 days after service of a subpoena on such respondent.

Entered this 4th day of February, 2014.

s/Eric N. Vitaliano

United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FEB 21 2014

U.S. DISTRICT COURT

In Re the Application of )
NATALIA POTANINA )
 )
For an Order to Take ) Misc. Action No. 1:14-mc-5
Discovery Pursuant to )
28 U.S.C. s 1782(a) )
 )

### ORDER TO TAKE DISCOVERY
### UNDER 28 U.S.C. S 1782

An Application having been made *ex parte* by Natalia Potanina for an Order to take discovery pursuant to 28 U.S.C. § 1782(a) from ByteGrid Holdings LLC ("ByteGrid") for potential use in a divorce action filed by her husband in Presnensky District Magistrate Court in Moscow, Russia, and this Court having read the accompanying Declarations of Mrs. Potanina, of Russian Counsel Larisa Ryabchenko, and of Marianne Casserly, in support of such Application, and it appearing to the Court in this *ex parte* proceeding that Mrs. Potanina's Application meets the requirements of 28 U.S.C. § 1782(a) and that the factors identified by the United States Supreme Court in <u>Intel Corp. v. Advanced Micro Devices</u>, 542 U.S. 241 (2004), favor the Applicant, it is hereby

ORDERED that Mrs. Potanina is authorized, pursuant to 28 U.S.C. § 1782, to seek discovery from ByteGrid pursuant to the

Federal Rules of Civil Procedure by issuing and serving a subpoena *ad testificandum* and *duces tecum* on ByteGrid in the form attached to the Declaration of Marianne Casserly, and it is further

ORDERED that if the respondent wishes to object to this order or to the subpoena issued hereunder, or to any parts thereof, an appropriate motion to vacate the Order and to quash all or any part of the subpoena must be served on Mrs. Potanina's attorneys and filed with this Court within 14 days after service of a subpoena on such respondent.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
February 21, 2014

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| In Re the Application of NATALIA POTANINA<br><br>For an Order to Take Discovery Pursuant<br><br>to 28 U.S.C. § 1782(a) | No. _____ 5-14MC-003-C |

## ORDER TO TAKE DISCOVERY UNDER 28 U.S.C. § 1782

An Application having been made *ex parte* by Natalia Potanina for an Order to take discovery pursuant to 28 U.S.C. § 1782(a) from Globe Energy Services LLC ("Globe"), and its principal, Troy Botts, Jr., for potential use in a divorce action filed by her husband in Presnensky District Magistrate Court in Moscow, Russia, and this Court having read the accompanying Declarations of Mrs. Potanina and Russian Counsel Larisa Ryabchenko in support of such Application, and it appearing to the Court in this *ex parte* proceeding that Mrs. Potanina's Application meets the requirements of 28 U.S.C. § 1782(a) and that the factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices*, 542 U.S. 241 (2004), favor the Applicant, it is hereby

ORDERED that Mrs. Potanina is authorized, pursuant to 28 U.S.C. § 1782, to seek discovery from Globe and Mr. Botts, respectively, pursuant to the Federal Rules of Civil Procedure by issuing and serving the subpoenas *ad testificandum* and *duces tecum* on Globe and Mr. Botts in the form attached to the Application as Exhibits A and B, respectively, and it is further

ORDERED that if the respondents wish to object to this order or to the subpoenas issued hereunder, or to any parts thereof, an appropriate motion to vacate the Order and to quash all or any part of the subpoenas must be served on Mrs. Potanina's attorneys and filed with this Court within 14 days after service of a subpoena on such respondent.

Entered this 12th day of February, 2014.

_____
United States District Judge
Northern District of Texas

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

In re                              §
Natalia Potanina                   §
                                   §           Miscellaneous H-14-429
    Applicant for Discovery,       §

## Order on Discovery

1.  Natalia Potanina may subpoena Sanchez Resources, LLC:

    A.  To produce by 5:00 p.m. on February 13, 2014, its records of transactions – direct or indirect – with Altpoint Capital Partners, LLC, Stone Tower Capital LLC, Apollo Global Management LLC, Vladimir Potanin, Guerman Aliev, Brett Pertuz, Anish Sheth, or Derek Pease. It only has to produce records to a reasonable degree of detail, emphatically direct communication with Potanin.

    B.  To depose one corporate representative from Sanchez Resources:

        February 14, 2014,
        at 9:00 a.m. in
        Judge Hughes's Jury Room
        United States Court House
        515 Rusk Avenue, Room 11122
        Houston, Texas 77002.

2.  These records may only be disclosed to the Presnensky Judicial District 418 Magistrate Court in Moscow, Russia.

3.  The United States Marshal will serve the subpoena.

    Signed on February 12, 2014, at Houston, Texas.

                                            Lynn N. Hughes
                                            United States District Judge

Case 2:14-mc-50276-VAR-RSW ECF No. 2-10 filed 03/01/14 PageID.110 Page 11 of 14
Case 2:14-mc-00050-CB Document 7 Filed 02/13/14 Page 1 of 2
Case 2:14-mc-00050-CB Document 1-1 Filed 02/12/14 Page 2 of 3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re the Application of NATALIA POTANINA<br><br>For an Order to Take Discovery Pursuant<br><br>to 28 U.S.C. § 1782(a) | Misc. Action No. 14-50 _____ |

### [PROPOSED] ORDER TO TAKE DISCOVERY UNDER 28 U.S.C. § 1782

An Application having been made *ex parte* by Natalia Potanina for an Order to take discovery pursuant to 28 U.S.C. § 1782(a) from Norilsk Nickel USA, Inc. ("Norilsk USA") for potential use in a divorce action filed by her husband in Presnensky District Magistrate Court in Moscow, Russia, and this Court having read the accompanying Declarations of Mrs. Potanina, Mark Willard, Esq. and Russian Counsel Larisa Ryabchenko in support of such Application, and it appearing to the Court in this *ex parte* proceeding that Mrs. Potanina's Application meets the requirements of 28 U.S.C. § 1782(a) and that the factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices*, 542 U.S. 241 (2004), favor the Applicant, it is hereby

ORDERED that Mrs. Potanina is authorized, pursuant to 28 U.S.C. § 1782, to seek discovery from Norilsk USA pursuant to the Federal Rules of Civil Procedure by issuing and serving a subpoena *ad testificandum* and *duces tecum* on Norilsk USA in the form attached to the Application as Exhibit B, and it is further

ORDERED that if the respondent wishes to object to this order or to the subpoena issued hereunder, or to any parts thereof, an appropriate motion to vacate the Order and to quash all or any part of the subpoena must be served on Mrs. Potanina's attorneys and filed with this Court within 14 days after service of a subpoena on such respondent.

Entered this 13 day of February, 2014.

                                                                                    s/Cathy Bissoon

                                                                              United States District Judge



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| In Re the Application of NATALIA POTANINA<br><br>For an Order to Take Discovery<br><br>Pursuant to 28 U.S.C. § 1782(a) | MCV 14-01-BLG-SPW<br><br>ORDER |

An Application having been made *ex parte* by Natalia Potanina for an Order to take discovery pursuant to 28 U.S.C. § 1782(a) from Stillwater Mining Company ("Stillwater") for potential use in a divorce action filed by her husband in Presnensky District Magistrate Court in Moscow, Russia, and this Court having read the accompanying Declarations of Mrs. Potanina and Russian Counsel Larisa Ryabchenko in support of such Application, and it appearing to the Court in this *ex parte* proceeding that Mrs. Potanina's Application meets the requirements of 28 U.S.C. § 1782(a) and that the factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices*, 542 U.S. 241 (2004), favor the Applicant,

IT IS HEREBY ORDERED that Mrs. Potanina is authorized, pursuant to 28 U.S.C. § 1782, to seek discovery from Stillwater pursuant to the Federal Rules of

Civil Procedure by issuing and serving a subpoena *ad testificandum* and *duces tecum* on Stillwater in the form attached to the Application as Exhibit C;

IT IS FURTHER ORDERED that if Stillwater wishes to object to this order or to the subpoena issued hereunder, or to any parts thereof, an appropriate motion to vacate the Order and to quash all or any part of the subpoena must be served on Mrs. Potanina's attorneys and filed with this Court within 14 days after service of a subpoena on such respondent.

DATED this 13th day of February, 2014.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge