# EXHIBIT B


2/28/2014                  Corporate Entity Details




MICHIGAN.GOV — Michigan's Official Web Site

Michigan.gov Home | Business Entity Search Home | Corps Home | Contact Corporations | LARA Home

**CORPORATE ENTITY DETAILS**

**Searched for:** COSMOPOLITAN TRAVEL & TOURS INC.

**ID Num:** 364999

**Entity Name:** COSMOPOLITAN TRAVEL & TOURS INC.
**Type of Entity:** Domestic Profit Corporation
**Resident Agent:** NIKOLAI ATANASSOV
**Registered Office Address:** 5767 W. MAPLE RD STE 100  W. BLOOMFIELD  MI  48322
**Mailing Address:**  MI
**Formed Under Act Number(s):** 284-1972
**Incorporation/Qualification Date:** 1-24-1996
**Jurisdiction of Origin:** MICHIGAN
**Number of Shares:** 10,000
**Year of Most Recent Annual Report:** 13
**Year of Most Recent Annual Report With Officers & Directors:** 05
**Status:** ACTIVE   **Date:** Present

View Document Images

Return to Search Results          New Search

Michigan.gov Home | Business Entity Search Home | Contact Corporations | Corps Home | LARA Home
State Web Sites | Accessibility Policy | Link Policy | Security Policy

Copyright © 2001- 2014 State of Michigan

http://www.dleg.state.mi.us/bcs_corp/dt_corp.asp?id_nbr=364999&name_entity=COSMOPOLITAN%20TRAVEL%20%26%20TOURS%20INC.    1/1

CS&CL/CD-2500 (01/13)

**DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS**
**PROFIT CORPORATION INFORMATION UPDATE**
## 2013



Due May 15, 2013     File Online at www.michigan.gov/fileonline

| Identification Number | Corporation name |
|---|---|
| **364999** | COSMOPOLITAN TRAVEL & TOURS INC. |

**Resident agent name and mailing address of the registered office**

NIKOLAI ATANASSOV
5767 W. MAPLE RD STE 100
W. BLOOMFIELD MI  48322

RECEIVED
FILED  $25  MAR 1 4 2013
MAY 2 8 2013
Corporation Division
LARA

**For Bureau use only**
**Fee Received**

- [ ] $25 before May 16
- [ ] $35 (May 16 - 31)
- [ ] $45 (June 1 - 30)
- [ ] $55 (July 1 - 31)
- [ ] $65 (Aug 1 - 31)
- [ ] $75 after August 31

**The address of the registered office**

5767 W. MAPLE RD STE 100
W. BLOOMFIELD MI  48322

[X] To certify there are no changes from your previous filing check this box and proceed to Item 6. If the resident agent and/or registered office has changed complete Items 1-6. If only officer and director information has changed complete Items 4-6.

1. Mailing address of registered office in Michigan (may be a P.O. Box)

2. Resident Agent

3. The address of the registered office in Michigan (a P.O. Box may not be designated as the address of the registered office)

4. Describe the general nature and kind of business in which the corporation is engaged:

5.

| | NAME | BUSINESS OR RESIDENCE ADDRESS |
|---|---|---|
| President (Required) | | |
| Secretary (Required) | | |
| Treasurer (Required) | | |
| Vice - President | | |
| Director | | |
| Director | | |
| Director | | |

6. Signature of authorized officer or agent   Title: President   Date: 8-8-2013   Phone (Optional): 248 443 23 73

Please make your check or money order payable to the State of Michigan.
Include payment with completed report in the same envelope.
Return to:  Department of Licensing and Regulatory Affairs
            Corporations, Securities, & Commercial Licensing Bureau
            Corporation Division
            P.O. Box 30481
            Lansing, MI 48909
            (517) 241-6460
OR File online at www.michigan.gov/fileonline

**Filing fee $25**
**Report due May 15, 2013.**

If received after May 15, penalty fees will be assessed.

If more space is needed additional pages may be included. Do not staple any items to report. This report is required by Section 911, Act 284, Public Acts of 1972, as amended.