UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re the Application for NATALIA
POTANINA for an Order to Take
Discovery Pursuant to 28 U.S.C. § 1782(a)

No. 14-MC-50276 (VAR)
Hon. Victoria A. Roberts
Magistrate R. Steven Whalen

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Respondent Cosmopolitan Travel & Tours Inc. ("Cosmopolitan"), by its counsel, makes the following disclosure:

1. Cosmopolitan is a Sub Chapter S corporation incorporated under the laws of Michigan. Nikolai Atanassov is the sole shareholder of Cosmopolitan. Cosmopolitan is not a subsidiary or affiliate of a publicly owned corporation.

2. There is no known publicly owned corporation or affiliate, not a party to the case that has a substantial financial interest in the outcome of the litigation.

March 17, 2014                     Bowman and Brooke LLP

                      By:   /s/ Thomas P. Branigan
                             Thomas P. Branigan (P41774)
                             Lawrence C. Mann (P32223)
                             Attorneys for Respondents and Movants
                             Nikolai Atanassov and Cosmopolitan Travel
                               & Tours, Inc.
                             41000 Woodward Ave., Suite 200
                             Bloomfield Hills, MI 48304
                             248.205.3300 / 248.205.3399 fax
                             thomas.branigan@bowmanandbrooke.com
                             larry.mann@bowmanandbrooke.com

8092592v1

## CERTIFICATE OF SERVICE

I certify that on March 17, 2014, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

          Bowman and Brooke LLP

By:   /s/ Thomas P. Branigan
       Thomas P. Branigan (P41774)
       Lawrence C. Mann (P32223)
       Attorneys for Respondents and Movants
       Nikolai Atanassov and Cosmopolitan Travel
         & Tours, Inc.
       41000 Woodward Ave., Suite 200
       Bloomfield Hills, MI 48304
       248.205.3300 / 248.205.3399 fax
       thomas.branigan@bowmanandbrooke.com
       larry.mann@bowmanandbrooke.com

8092592v1