UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re the Application for NATALIA
POTANINA for an Order to Take                No. 14-MC-50276 (VAR)
Discovery Pursuant to 28 U.S.C. § 1782(a)    Hon. Victoria A. Roberts
                                             Magistrate R. Steven Whalen

**BRIEF IN SUPPORT OF THE COURT'S APPROVAL AND ENTRY OF COSMOPOLITAN TRAVEL & TOURS INC.'S AND NIKOLAI ATANASSOV'S PROPOSED PROTECTIVE AND CONFIDENTIALITY ORDER**

### INDEX OF EXHIBITS

A.  Cosmopolitan Travel & Tours Inc.'s and Nikolai Atanassov's Proposed Protective and Confidentiality Order (clean copy)

B.  Cosmopolitan Travel & Tours Inc.'s and Nikolai Atanassov's Proposed Protective and Confidentiality Order (redlined copy)

C.  Consulting Expert Undertaking contained in Default Protective Order in Eastern District of Michigan

8594153v1