# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re the Application of NATALIA POTANINA<br><br>For an Order to Take Discovery Pursuant to 28 U.S.C. § 1782(a) | Misc. Action No. 14-MC-50276<br>Hon. Victoria A. Roberts<br>Mag. R. Steven Whalen |

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| A | Petitioner's Proposed Protective and Confidentiality Order |
| B | Redline Showing Respondents' Requested Additions to Petitioner's Proposed Protective and Confidentiality Order |
| C | Petitioner's Proposed Protective and Confidentiality Order filed with and adopted by the Western District of Pennsylvania in Case No. 2:14-mc-00050-CB |
| D | Western District of Pennsylvania Order re: Protective and Confidentiality Order, dated May 21, 2014 |
| E | Stipulation and Order for the Production and Exchange of Confidential Information, between Petitioner and Stone Tower Capital LLC, so-ordered in S.D.N.Y. Case No. 1:14-mc-00031 |